# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 14, 2016**

SEAN F. McAVOY, CLERK

SHERRIL WRIGHT

    *Plaintiff*

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

    *Defendant*

Civil Action No.   1:15-CV-03143-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 16) is GRANTED, in part, and matter is REMANDED.
Defendant's Motion for Summary Judgment (ECF No. 20) is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for Summary Judgment (ECF Nos. 16 and 20).

Date:  September 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
    *(By) Deputy Clerk*

Melissa Orosco